**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

AMY GROPP,

                                            **Plaintiff,**

-vs-                                                    **Civil Case No.: 1:25-cv-02041**

WILLIAM WALTER QUINLAN

                                            **Defendant**

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**
**PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 55(B)(2)**

      Plaintiff, AMY GROPP ("Plaintiff") moves this Court for entry of a default judgment against Defendant, WILLIAM WALTER QUINLAN, as provided by Rule 55(b)(2) of the Federal Rules of Civil Procedure. Plaintiff requests an Order of Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, together with costs of suit and that judgment bear interest at the judgment rate from the date of entry until paid as well as any additional relief this court deems necessary and proper.

Dated: May 19, 2025                                      Respectfully submitted.

                                                                       */s/ R. Franco*

                                                             Richard N. Franco, Esq.
                                                             Davidson Fink LLP
                                                             *Attorneys for Plaintiff Amy Gropp*
                                                             400 Meridian Centre Blvd, Suite 200
                                                             Rochester, NY 14618